# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 11 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| George Boone ) | 1:15-cr-195-00LJO-SKO-1 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___George Boone___, have discussed with ___Jacob M. Scott___, Supervising Pretrial Officer, adding the following condition(s):

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer. All other previously ordered conditions of release, not in conflict with this order, shall remain in full force and effect.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____George Boone_____  2/10/16          _____Jacob M. Scott_____  2/10/16
Signature of Defendant       Date              Pretrial Services Officer    Date
George Boone                                   Jacob M. Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____          2/10/16
Signature of Assistant United States Attorney     Date
Michael S. Frye

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          2-10-16
Signature of Defense Counsel                     Date
Richard A. Beschwate, Jr.

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___2/11/16___.
☐ The above modification of conditions of release is *not* ordered.

_____E. P. A_____                   2/11/16
Signature of Judicial Officer                    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services