UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Daniel Francisco Ramos**<br>**Docket Number:  1:15CR195-AWI**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Daniel Francisco Ramos is requesting permission to travel to Colima, Mexico for two weeks during July 2016.  Daniel Francisco Ramos is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 14, 2011, Daniel Francisco Ramos was sentenced for the offense(s) of Count 1: 21 USC 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute 50 grams or More of Methamphetamine and Count 2: 21 USC 952(a) and 960(b)(1)(H), Importation of 50 grams or More of Methamphetamine (CLASS A FELONIES).

**Sentence Imposed:**   He was sentenced to 70 months in the Bureau of Prisons, and 48 months supervised release.

**Dates and Mode of Travel:**   Mr. Ramos plans to travel by air. He is awaiting a response from the Court prior to making his travel arrangements. Therefore, he currently does not have exact dates of travel.

**Purpose:**   He is requesting travel to Mexico to visit his parents.

1

**RE:     Daniel Francisco Ramos**
**        Docket Number:  1:15CR195-AWI**
**        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/Yasmin Villegas
**YASMIN VILLEGAS**
Sr. United States Probation Officer

Dated:    July 1, 2016
          Visalia, California
          Yv

                           /S/Lonnie Stockton
**REVIEWED BY:**    **LONNIE E. STOCKTON**
                           Supervising United States Probation Officer

---

## ORDER OF THE COURT

        ☒      Approved      ☐      Disapproved

IT IS SO ORDERED.

Dated:  July 1, 2016                    _____
                                             SENIOR  DISTRICT  JUDGE