**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Anthony W. Ishii | **RE: Daniel Francisco Ramos** |
| Senior United States District Judge | **Docket Number: 0972 1:15CR00195-001** |
| Fresno, California | **PERMISSION TO TRAVEL** |
| | **OUTSIDE THE COUNTRY** |

Your Honor:

Daniel Francisco Ramos is requesting permission to travel to Villa de Alvarez, Colima, Mexico. Daniel Francisco Ramos is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 13, 2011, Daniel Francisco Ramos was sentenced for the offenses of 21 USC 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute 50 grams or More of Methamphetamine; and 21 USC 952(a) and 960(b)(1)(H), Importation of 50 Grams or More of Methamphetamine (Class A Felonies).

**Sentence Imposed:** 70 months custody in the Bureau of Prisons, 48 months Supervised Release, and $200 Special Assessment.

**Dates and Mode of Travel:** Traveling from December 18, 2017, through January 3, 2018. Travel arrangements will be made upon Court approval.

**Purpose:** To visit his parents for the holidays.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:     Daniel Francisco Ramos**
**Docket Number:  0972 1:15CR00195-001**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>


Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:     November 29, 2017
            Fresno, California
            TDM/rmv


**REVIEWED BY:          /s/ Brian J. Bedrosian**
                        **Brian J. Bedrosian**
                        **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved


IT IS SO ORDERED.

Dated:   December 4, 2017          _____
                                        SENIOR  DISTRICT  JUDGE

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX