# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | RE: **Daniel Francisco Ramos**<br>**Docket Number:  0972 1:15CR00195-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Daniel Francisco Ramos is requesting permission to travel to Villa de Alvarez, Colima, Mexico. Daniel Francisco Ramos is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 13, 2011, Daniel Francisco Ramos was sentenced for the offenses of 21 USC 841(a)(1) and (b)(1)(A), Possession with Intent to Distribute 50 grams or More of Methamphetamine; and 21 USC 952(a) and 960(b)(1)(H), Importation of 50 Grams or More of Methamphetamine (Class A Felonies).

**Sentence Imposed:**  70 months custody in the Bureau of Prisons, 48 months Supervised Release, and $200 Special Assessment (Paid).

**Dates and Mode of Travel:**  Traveling from May 25, 2018, through June 1, 2018, via personal vehicle.

**Purpose:**  To visit his parents.

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Daniel Francisco Ramos**
**       Docket Number:  0972 1:15CR00195-001**
**       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:   May 17, 2018
         Fresno, California
         AG/dp

**REVIEWED BY:**          /s/ Tim D. Mechem
                  **Tim D. Mechem**
                  **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated:   May 22, 2018                    _____
                                         SENIOR  DISTRICT  JUDGE